IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONALD D. STONE          :

      v.          :   CIVIL ACTION NO. AMD-00-2245

JOSEPH CURRAN, JR.       :
MARGARET TINDALL         :
          ..oOo..

### O R D E R

In accordance with the foregoing Memorandum, IT IS this 5th day of Sept, 2000, by this Court hereby ORDERED:

1. That this complaint IS DISMISSED WITHOUT PREJUDICE;

2. That the Clerk of the Court CLOSE this case; and

3. That the Clerk of the Court shall MAIL a copy of this Order, together with the foregoing Memorandum, to the plaintiff; Scott Masel, Esquire, Office of the Attorney General, Department of Legal Affairs, 110 S.E. 6th Street, 9th & 10th Floor Republic Tower, Fort Lauderdale, Florida 33301; and to Randolph Stuart Sergent, Esquire, Office of the Attorney General, Civil Litigation Division, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202.

                                        /s/ Andre M. Davis
                                        Andre M. Davis
                                        United States District Judge

